```
                                                    FILED
                                                    APR 2 0 2007
                                                    CLERK, U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF CALIFORNIA
                                                    BY_____
                                                         DEPUTY CLERK
```

1  EDWARD B. ZUKOSKI, *Pro Hac Vice*
   tzukoski@earthjustice.org
2  JAMES S. ANGELL, *Pro Hac Vice*
   jangell@earthjustice.org
3  McCRYSTIE ADAMS, *Pro Hac Vice*
   madams@earthjustice.org
4  Earthjustice
   1400 Glenarm Place, Ste. 300
5  Denver, CO 80202
   Tel: (303) 623-9466
6  Fax: (303) 623-8083

7  MICHAEL R. SHERWOOD, CA Bar No. 63702
   Earthjustice
8  426 17th Street, 5th Floor
   Oakland, CA 94612
9  Tel: (510) 550-6725
   Fax: (510) 550-6749
10 msherwood@earthjustice.org

11 Attorneys for Defendant-Intervenor Applicants
   National Parks Conservation Association, *et al.*
12

13              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
14                          FRESNO DIVISION

15 FRIENDS OF THE PANAMINT VALLEY, *et al.*,  ) Case No: 1:07-cv-00487 LJO-NEW (TAG)
                                              )
16          Plaintiffs,                       )
                                              )
17     v.                                     ) [~~PROPOSED~~] ORDER
                                              )
18 DIRK KEMPTHORNE, *et al.*,                 )
                                              )
19          Defendants,                       )
                                              )
20     and                                    )
                                              )
21 NATIONAL PARKS CONSERVATION                )
   ASSOCIATION, *et al.*                      )
22                                            )
            Defendant-Intervenor Applicants.  )
23                                            )

24      THIS MATTER is before the Court on the Parties' Joint Status Report and Proposed Briefing

25 Schedule for all Pending Motions. Having considered the Joint Report, and being fully advised,

26      IT IS HEREBY ORDERED that:

27      –     Proposed Defendant-Intervenors National Parks Conservation Association, *et al.*
              ("NPCA") will withdraw the memorandum filed in support of its motion for leave to
28

[PROPOSED] ORDER — 1:07-cv-00487 LJO-NEW (TAG)                                                    1

intervene as a defendant and will submit a new memorandum in support of its motion on or before May 18, 2007 (25 pages).

– Federal Defendants Dirk Kempthorne, *et al.* ("Defendants") and NPCA will file their motions to dismiss on or before May 18, 2007 (25 pages each).

– Plaintiffs Friends of the Panamint Valley, *et al.* ("Plaintiffs") and Defendants will file their oppositions to NPCA's motion for leave to intervene on or before June 15, 2007 (25 pages each).

– Plaintiffs will file their oppositions to Defendants' and NPCA's motions to dismiss on or before June 15, 2007 (25 pages each).

– NPCA will file its combined reply in support of its motion for leave to intervene on or before June 29, 2007 (20 pages).

– Defendants and NPCA will file their replies in support of their motions to dismiss on or before June 29, 2007 (10 pages).

– Joint hearing on the motions on July 13, 2007.

IT IS FURTHER ORDERED that the Defendants' deadline to file an answer to the Plaintiffs Complaint is stayed pending resolution of the Defendants' motion to dismiss. If the Defendants' motion to dismiss does not dispose of the lawsuit, Defendants will file an answer within 20 days of this Court's order denying the Defendants' motion.

DATED this 20 day of April, 2007.

HON. LAWRENCE J. O'NEILL
United States District Court Judge