MCGREGOR W. SCOTT
United States Attorney
KRISTI KAPETAN, CA Bar No. 139409
Assistant United States Attorney

RONALD J. TENPAS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

GUILLERMO A. MONTERO, MA Bar No. 660903
Trial Attorney, Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0443 (ph) / (202) 305-0274 (fax)
guillermo.montero@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al., | Case No. 1:07-cv-487-LJO-NEW (TAG) |
| Plaintiffs, | ORDER |
| v. | |
| DIRK KEMPTHORNE, et al. | Judge Lawrence J. O'Neill |
| Defendants, | HEARING DATE: July 13, 2007<br>TIME: 8:30AM<br>COURTROOM: 4 |

THIS MATTER is before the Court on the Parties' *Joint Stipulation to Modify Briefing Schedule and Hearing Date on the Parties' Pending Motions to Dismiss and Motion for Intervention*. Having considered the Joint Stipulation and being fully advised,

IT IS HEREBY ORDERED that:

– Plaintiffs and Defendants will file their oppositions to NPCA's motion for leave to intervene on or before June 29, 2007 (25 pages each);

– Plaintiffs will file their oppositions to Defendants' and NPCA's motions to dismiss on or before June 29, 2007 (25 pages each);

– NPCA will file its combined reply in support of its motion for leave to intervene on or before July 20, 2007 (20 pages);

– Defendants and NPCA will file their replies in support of their motions to dismiss on or before July 20, 2007 (10 pages each);

– The Court will have a joint hearing on the motions, if one is necessary, on or after August 20, 2007.

IT IS SO ORDERED.

**Dated:   June 6, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE